# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RICHARD BLUMBERG** and **ESTELLE BLUMBERG,**
Appellants,

v.

**WELLS FARGO BANK, NATIONAL ASSOCIATION,** As Indenture Trustee
For **MSCC HELOC TRUST 2007-1,**
Appellee.

No. 4D18-2253

[March 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 14-007767 CACE.

Eric Lee of Lee & Amtzis, P.L., Boca Raton, for appellants.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***